### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Eugene Brown                 :       No. 19-13953
             Debtor         :       Chapter 13

**ORDER**

AND NOW, this __10th__ day of __July__, 2019, after consideration of the Debtors' Motion for Extension of Time to File their Chapter 13 Plan, Statement of Current Monthly Income, Schedules A-J, Statement of Financial Affairs, Summary of Schedules, Statistical Summary of Certain Liabilities, and Disclosure of Attorney Compensation it is hereby ORDERED, ADJUDGED, and DECREED that:

1.      The aforesaid Motion shall be and hereby is GRANTED; and it is further ORDERED, ADJUDGED, and DECREED that

2.      The Debtors shall have until __July__ __31__, 2019, to file their Chapter 13 Plan, Statement of Current Monthly Income, Schedules A-J, Statement of Financial Affairs, Summary of Schedules, Statistical Summary of Certain Liabilities, Payment Advises, and Disclosure of Attorney Compensation.

                                                            _____
                                                            Ashely M. Chan
                                                            United States Bankruptcy Judge