United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13953-amc
Eugene L. Brown                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP            Page 1 of 1        Date Rcvd: Jul 10, 2019
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
db             +Eugene L. Brown,    753 Woodland Ter,    Sharon Hill, PA 19079-1247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:
      ERIK MARK HELBING    on behalf of Debtor Eugene L. Brown ehelbing@helbingconsumerlaw.com, bk@helbingconsumerlaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                     TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eugene Brown            :      No. 19-13953
          Debtor     :      Chapter 13

**ORDER**

AND NOW, this __10th__ day of __July__, 2019, after consideration of the Debtors' Motion for Extension of Time to File their Chapter 13 Plan, Statement of Current Monthly Income, Schedules A-J, Statement of Financial Affairs, Summary of Schedules, Statistical Summary of Certain Liabilities, and Disclosure of Attorney Compensation it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The aforesaid Motion shall be and hereby is GRANTED; and it is further ORDERED, ADJUDGED, and DECREED that

2. The Debtors shall have until __July__ __31__, 2019, to file their Chapter 13 Plan, Statement of Current Monthly Income, Schedules A-J, Statement of Financial Affairs, Summary of Schedules, Statistical Summary of Certain Liabilities, Payment Advises, and Disclosure of Attorney Compensation.

                                                              Ashely M. Chan
                                                              United States Bankruptcy Judge