**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  EUGENE L. BROWN | : | Chapter 13 |
| Debtor | : | No. 19-13953 |

**CERTIFICATION OF NO RESPONSE**

The undersigned certifies that he served all affected parties in accordance with the applicable Bankruptcy Rules; that at least 14 days have passed since service of the Debtor's Motion to Extend the Automatic Stay and that he has received no response in opposition to the aforementioned Motion.

Respectfully Submitted,

Dated: July 13, 2019

/s/ Erik M. Helbing
Erik M. Helbing, Esq.
I.D. 203832
1328 Second Avenue
Berwick, PA  18603
570-498-5544