**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **EUGENE L. BROWN**                          :          **Chapter 13**
           **Debtor**                                        :          **No. 19-13953**


NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE


        Eugene L. Brown has filed a Motion to Impose the Automatic Stay with the Court for an Order extending the automatic stay pursuant to 11 U.S.C. § 362(c)(4)(B).


        **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

        1.        If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 18, 2019, you or your attorney must do all of the following:

        a.   File an answer explaining your position at:

        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street
        Suite 400
        Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and


        b.   Mail a copy of the movant's attorney

        Erik M. Helbing, Esquire
        1328 Second Avenue
        Berwick, PA  18603
        570-498-5544 (phone)
        570-371-5445 (fax)


        2.        If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Ashely Chan, on August 20, 2019, at 11:00 AM, in Courtroom No. 4 in the United States Bankruptcy Court for the Eastern District of Pennsylvania, which is located in the Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Respectfully Submitted,

Dated: August 2, 2019                    /s/ Erik M. Helbing
                                          Erik M. Helbing, Esq.
                                          I.D. 203832
                                          1328 Second Avenue
                                          Berwick, PA  18603
                                          570-498-5544