UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EUGENE L. BROWN                :    Chapter 13
        Debtor                          :    No. 19-13953

### COURT ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY

AND NOW, comes this 17th day of Sept, 2019, upon consideration of the Debtor's Motion to Impose the Automatic Stay and any responses and relies thereto, if any, and for good cause shown it is hereby ORDERED, ADJUDGED, and DECREED that

1. The Debtor's Motion to Impose the Automatic Stay shall be and hereby is ~~GRANTED; and it is further ORDERED, ADJUDGED, and DECREED that~~ denied for the reasons stated in open Court.

2. ~~The automatic stay in the above-captioned matter shall be and hereby is impose for the duration of the above-captioned bankruptcy.~~

BY THE COURT

_____ J.