United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13953-amc
Eugene L. Brown                                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                 Page 1 of 1                  Date Rcvd: Sep 18, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Eugene L. Brown,    753 Woodland Ter,    Sharon Hill, PA 19079-1247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
     ERIK MARK HELBING    on behalf of Debtor Eugene L. Brown ehelbing@helbingconsumerlaw.com,
      bk@helbingconsumerlaw.com
     KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                     TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: EUGENE L. BROWN : Chapter 13
Debtor : No. 19-13953

### COURT ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY

AND NOW, comes this 17th day of Sept., 2019, upon consideration of the Debtor's Motion to Impose the Automatic Stay and any responses and relies thereto, if any, and for good cause shown it is hereby ORDERED, ADJUDGED, and DECREED that

1. The Debtor's Motion to Impose the Automatic Stay shall be and hereby is ~~GRANTED; and it is further ORDERED, ADJUDGED, and DECREED that~~ denied for the reasons stated in open Court.

2. ~~The automatic stay in the above-captioned matter shall be and hereby is impose for the duration of the above-captioned bankruptcy.~~

BY THE COURT

_____ J.