# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **EUGENE L. BROWN**                                                                                             Case No.  **19-13953**
                                                            Debtor(s)                                                       Chapter   **13**

## NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RESPONSE DEADLINE

PLEASE TAKE NOTICE THAT ERIK M. HELBING, ESQUIRE, counsel for debtors has filed an Application for Compensation and Reimbursement of Expenses, a copy of which is attached, under § 330 of the Bankruptcy Code and LRBP 2016-2 with the Court. This NOTICE is provided to you pursuant to FRBP 2002.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the Court to grant the compensation and reimbursement of the expenses sought in the Application or if you want the court to consider your views on the Application, then within 21 days of the filing of the Application you or your attorney must do all of the following:

   a. File an objection at
      Clerk, United States Bankruptcy Court
      900 Market Street
      Suite 400
      Philadelphia, PA  19107
      215-408-2800

If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   b. Mail a copy to the Applicant:
      Erik M. Helbing, Esquire
      1328 Second Avenue
      Berwick, PA  18603
      570-498-5544

Dated: January 21, 2020