# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Eugene L. Brown**                                               Case No.   **19-13953**
                                    Debtor(s)                              Chapter    **13**

### CERTIFICATION OF NO RESPONSE

The undersigned certifies that he served all affected parties in accordance with the applicable Bankruptcy Rules; that at least 21 days have passed since service of the Debtor's Counsel Application for Compensation and that he has received no response in opposition to the aforementioned Application.

Respectfully Submitted,

Dated: February 13, 2020                  /s/ Erik M. Helbing
                                          Erik M. Helbing, Esq.
                                          I.D. 203832
                                          1328 Second Avenue
                                          Berwick, PA  18603
                                          570-498-5544