**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   **Eugene L. Brown**                                                              Case No.   **19-13953**
                                           Debtor(s)                                     Chapter    **13**

## ORDER

AND NOW, comes this __18th__ day of __February__, 2020, upon consideration of Debtor's counsel's application for Compensation and Reimbursement of Expenses and no objection to said Application having been received, the Application is GRANTED. Pursuant to Section 330 of the Bankruptcy Code it is ORDERED that Debtor's counsel, Erik M. Helbing, Esquire, is awarded compensation in the amount of $3,000.00. Mr. Helbing having already received $0.00 prior to the filing of the Petition the Trustee shall pay Mr. Helbing $3,000.00 as set forth in the confirmed plan.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge