# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Eugene L. Brown** _____ Case No. **19-13953** _____

_____ Debtor(s)    Chapter **13** _____

## CERTIFICATION IN OPPOSITION TO NEW RESIDENTIAL MORTGAGE, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOCKET NOS. 46 & 47)

I, EUGENE BROWN, having been first sworn according to law depose and say the following:

1.      I am an adult individual over the age of 18 and am the Debtor in the above-captioned matter.

2.      The information contained within this Certification is within my personal knowledge and as such I am competent to provide it.

3.      On June 2, 2020, I contacted my mortgage servicer, Shellpoint Mortgage, and spoke with a customer service representative in the Bankruptcy Department by the name of Brittany.

4.      I asked Brittany to review my account and let me know what months Shellpoint's records show I have not made a mortgage payment since the filing of my bankruptcy in June of 2019.

5.      After reviewing my mortgage payment's history Brittany informed me that according to Shellpoint's records no mortgage payments were made in: (1) July 2019; (2) August 2019; (3) November 2019; (4) January 2020; and (5) April 2020.

6.      However, payments were tendered for the foregoing months; specifically, attached hereto as Exhibit "A" are bank records showing mortgage payments being tendered to the then mortgage servicer, Ditech Financial for the months: (1) July 2019; (2) August 2019; and (3) November 2019.  I am in the process of attempting to locate documentation for the payments tendered for: (1) January 2020; and (2) April 2020.

7.    I understand that any intentionally false statements in the this document are subject to the penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsification to authorities

_Eugene Brown_

**Eugene Brown, Debtor**



Transfer       Bill Pay       External Transfer       More

# Transaction Detail

**Here's a summary of your completed transaction.** You may add a no
**categorize this transaction now. When you're done, click "Save changes.**

| | |
|---|---|
| **Completed on:** | 07/22/2019 |
| **Description:** | ACH WITHDRAWAL AC-DITECH-FINANCIA L-MORTGAGE |
| **Amount:** | $2,083.59 |
| **Transaction type:** | WITHDRAWAL |
| **Personal note (optional):** | |
| **Category (optional):** | Not Categorized ▾ |

**Add a new category to the list**

Save changes       Don't save changes

Previous transaction  •  Next transaction  •  Return to Account Activity

Have questions?



Transfer    Bill Pay    External Transfer    Documents    Customer Serv

# Transaction Detail

**Here's a summary of your completed transaction.** You may add a note
categorize this transaction now. When you're done, click "Save changes."

| | |
|---|---|
| **Completed on:** | 09/10/2019 |
| **Description:** | ACH WITHDRAWAL DITECH-FINANCIAL MORTGAGE 190910 |
| **Amount:** | $2,083.59 |
| **Transaction type:** | WITHDRAWAL |

**Personal
note (optional):**

**Category
(optional):**      Not Categorized ▼

**Add a new category to the list**

[ Save changes ]      [ Don't save changes ]

**Previous transaction** • **Next transaction** • **Return to Account Activity**

Have questions?

contact us at weboonlinebanking@webbank.com or 1-

7am to 7pm Monday - Friday

6/3/2020                                                    20200603_101707.jpg



Transfer     Bill Pay     External Transfer     Documents     Customer Serv

## Transaction Detail

Here's a summary of your completed transaction. You may add a note
categorize this transaction now. When you're done, click "Save changes."

**Completed on:** 10/22/2019

**Description:** ACH WITHDRAWAL DITECH-FINANCIAL MORTGAGE
191022

**Amount:** $2,083.59

**Transaction
type:** WITHDRAWAL

**Personal
note (optional):**

**Category
(optional):** Not Categorized ▼

Add a new category to the list

[ Save changes ]     [ Don't save changes ]

Previous transaction  •  Next transaction  •  Return to Account Activity

Have questions?