# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Eugene L. Brown**  Case No. **19-13953**

Debtor(s)  Chapter **13**

## CERTIFICATION OF NO RESPONSE

The undersigned certifies that he served all affected parties in accordance with the applicable Bankruptcy Rules; that the time to object has relative to the Debtor's Motion to Modify Plan Post-Confirmation and that he has received no response in opposition to the aforementioned Application.

Respectfully Submitted,

Dated: July 24, 2020

/s/ Erik M. Helbing
Erik M. Helbing, Esq.
I.D. 203832
1328 Second Avenue
Berwick, PA  18603
570-498-5544