# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Eugene L. Brown**                                                                                    Case No.   **19-13953**

                                                                      Debtor(s)          Chapter   **13**

### PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

     I ask that you please withdraw the Debtor's Motion to Modify Plan Post-Confirmation that was filed on or about June 23, 2020.

                                                          Respectfully Submitted,

Dated: September 5, 2020                                                  /s/ Erik M. Helbing
                                                                         Erik M. Helbing, Esq.
                                                                         I.D. 203832
                                                                         1328 Second Avenue
                                                                         Berwick, PA  18603
                                                                         570-498-5544