## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re __Eugene L. Brown_____    Case No.  __19-13953__
                                           Debtor(s)                Chapter   __13__

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Eugene L. Brown has filed a Motion to be permitted to Modify his Third Amended Plan post-confirmation.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 3, 2020, you or your attorney must do __all__ of the following:

    a. File an answer explaining your position at:

        Robert N. C. Nix, Sr. Federal Courthouse
        900 Market Street
        Suite 400
        Philadelphia, PA  19107
        215-408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy of the movant's attorney

        Erik M. Helbing, Esquire
        1328 Second Avenue
        Berwick, PA  18603
        570-498-5544 (phone)
        570-371-5445 (fax)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, on November 10, 2020, at 10:00 A.M., in Courtroom No. 4 in the Robert N. C. Nix, Jr. Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania, 19017.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: October 13, 2020

Respectfully Submitted,

/s/ Erik M. Helbing
Erik M. Helbing, Esq.
I.D. 203832
1328 Second Avenue
Berwick, PA 18603
570-498-5544