# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Eugene L. Brown**　　　　　　　　　　　　　　　　　　　　　Case No.  **19-13953**

　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　Chapter  **13**

## CERTIFICATION OF NO RESPONSE

　　The undersigned certifies that he served all affected parties in accordance with the applicable Bankruptcy Rules; that the time to object has relative to the Debtor's Motion to Modify Plan Post-Confirmation and that he has received no response in opposition to the aforementioned Application.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: November 7, 2020　　　　　　　　/s/ Erik M. Helbing
　　　　　　　　　　　　　　　　　　　　Erik M. Helbing, Esq.
　　　　　　　　　　　　　　　　　　　　I.D. 203832
　　　　　　　　　　　　　　　　　　　　1328 Second Avenue
　　　　　　　　　　　　　　　　　　　　Berwick, PA  18603
　　　　　　　　　　　　　　　　　　　　570-498-5544