# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Eugene Brown**　　　　　　　　　　　　　　　　　　　　　Case No. **19-13953**
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **13**

## NOTICE OF SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RESPONSE DEADLINE

PLEASE TAKE NOTICE THAT ERIK M. HELBING, ESQUIRE, counsel for debtors has filed an Application for Compensation and Reimbursement of Expenses, a copy of which is attached, under § 330 of the Bankruptcy Code and LRBP 2016-2 with the Court. This NOTICE is provided to you pursuant to FRBP 2002.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the Court to grant the compensation and reimbursement of the expenses sought in the Application or if you want the court to consider your views on the Application, then within 21 days of the filing of the Application you or your attorney must do all of the following:

　　a.　File an objection at
　　　　Clerk, United States Bankruptcy Court
　　　　900 Market Street
　　　　Suite 400
　　　　Philadelphia, PA  19107
　　　　215-408-2800

If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　b.　Mail a copy to the Applicant:
　　　　Erik M. Helbing, Esquire
　　　　1328 Second Avenue
　　　　Berwick, PA  18603
　　　　570-498-5544

Dated: February 16, 2021