# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Eugene L. Brown**　　　　　　　　　　　　　　　　　　　　　　Case No. **19-13953**

　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter **13**

### CERTIFICATION OF NO RESPONSE

　　The undersigned certifies that he served all affected parties in accordance with the applicable Bankruptcy Rules; that at least 21 days have passed since service of the Debtor's Counsel Supplemental Application for Compensation and that he has received no response in opposition to the aforementioned Application.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: March 11, 2021　　　　　　　　　　　　　/s/ Erik M. Helbing
　　　　　　　　　　　　　　　　　　　　　　　　Erik M. Helbing, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　I.D. 203832
　　　　　　　　　　　　　　　　　　　　　　　　1328 Second Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Berwick, PA  18603
　　　　　　　　　　　　　　　　　　　　　　　　570-498-5544