# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Eugene Brown**     Case No. **19-13953**
Debtor(s)     Chapter **13**

## ORDER

AND NOW, comes this _____ day of _____, 2021, upon consideration of Debtor's counsel's application for Compensation and Reimbursement of Expenses and no objection to said Application having been received, the Application is GRANTED. Pursuant to Section 330 of the Bankruptcy Code it is ORDERED that Debtor's counsel, Erik M. Helbing, Esquire, is awarded compensation in the amount of $500.00.

**Date: March 12, 2021**

BY THE COURT:

_____, J.