United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-13953-amc

Eugene L. Brown                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2
Date Rcvd: Mar 12, 2021                       Form ID: pdf900                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

**Recip ID          Recipient Name and Address**
db              +  Eugene L. Brown, 753 Woodland Ter, Sharon Hill, PA 19079-1247

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ERIK MARK HELBING | on behalf of Debtor Eugene L. Brown ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor New Residential Mortgage LLC Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor New Residential Mortgage LLC bkgroup@kmllawgroup.com |

District/off: 0313-2                     User: admin                          Page 2 of 2
Date Rcvd: Mar 12, 2021                  Form ID: pdf900                       Total Noticed: 1

United States Trustee            USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                                 ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 7

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Eugene Brown** _____   Case No.   __19-13953__

Debtor(s)                                                                                                Chapter   __13__

### ORDER

AND NOW, comes this _____ day of _____, 2021, upon consideration of Debtor's counsel's application for Compensation and Reimbursement of Expenses and no objection to said Application having been received, the Application is GRANTED.  Pursuant to Section 330 of the Bankruptcy Code it is ORDERED that Debtor's counsel, Erik M. Helbing, Esquire, is awarded compensation in the amount of $500.00.

BY THE COURT:

**Date: March 12, 2021**

_____,J.