UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                                                                CASE NO.: 19-13953
                                                                                                                                      CHAPTER 13

Eugene L. Brown,
   Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                               Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                               Authorized Agent for Secured Creditor
                                               13010 Morris Rd., Suite 450
                                               Alpharetta, GA  30004
                                               Telephone: 470-321-7112

                                               By: /s/Michelle L. McGowan, Esq.
                                                    Michelle L. McGowan, Esq.
                                                    Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

EUGENE L. BROWN
753 WOODLAND TER
SHARON HILL, PA 19079

And via electronic mail to:

HELBING LAW, LLC
109 WEST BROAD STREET
TAMAQUA, PA 18252

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Amanda Nelson