Certificate Number: 14912-PAE-DE-038603229

Bankruptcy Case Number: 19-13953



14912-PAE-DE-038603229

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2024, at 3:52 o'clock PM EDT, Eugene Brown completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 24, 2024     By:   /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor