United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eugene L. Brown  
    Debtor

Case No. 19-13953-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 28, 2024      Form ID: 138OBJ      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene L. Brown, 753 Woodland Ter, Sharon Hill, PA 19079-1247 |
| 14344935 | | Ditech, Attn: Managing Agent, Post Office Box 6172, Rapid City, SD 57709-6172 |
| 14344937 | + | Ditech, Attn: Bankruptcy, 5505 N. Cumberland Ave, Ste 307, Chicago, IL 60656-4761 |
| 14344936 | | Ditech, P.O. Box 660934, Dallas, TX 75266-0934 |
| 14376062 | | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 14351255 | + | Ditech Financial LLC, c/o Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14344938 | + | Ditech Financial LLC, 3000 Bayport Drive, Suite 800, Tampa, FL 33607-8417 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 29 2024 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2024 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14344931 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2024 00:57:56 | Capital One, 15000 Capital One Drive, Henrico, VA 23238 |
| 14344934 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2024 00:57:11 | Capital One, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14344929 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2024 00:57:51 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14344932 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2024 00:56:40 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14344933 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2024 00:57:57 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14344930 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2024 00:57:13 | Capital One, P.O. Box 85619, Richmond, VA 23285-5619 |
| 14351672 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2024 00:57:52 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14344939 | ^ | MEBN | Jun 29 2024 00:16:15 | KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14374222 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2024 00:57:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14359328 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2024 00:57:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14452039 | | Email/Text: mtgbk@shellpointmtg.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

| | | | Jun 29 2024 00:48:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
|---|---|---|---|---|
| 14672599 | + | Email/Text: RASEBN@raslg.com | Jun 29 2024 00:48:00 | RAS Crane & Partners, LLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14700242 | + | Email/Text: bkteam@selenefinance.com | Jun 29 2024 00:48:00 | Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd Suite 500, Dallas, TX 75019-6295 |
| 14669098 | + | Email/Text: bkteam@selenefinance.com | Jun 29 2024 00:48:00 | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14829999 | + | Email/Text: RASEBN@raslg.com | Jun 29 2024 00:48:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14673217 | + | Email/Text: RASEBN@raslg.com | Jun 29 2024 00:48:00 | US Bank Trust National Association, c/o Charles Wohlrab, Esq., Robertson Anshutz Schnied Crane & Partne, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2024         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:

**Name**     **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor New Residential Mortgage LLC bkgroup@kmllawgroup.com

ERIK MARK HELBING
    on behalf of Debtor Eugene L. Brown ehelbing@helbingconsumerlaw.com
    bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com

HAROLD N. KAPLAN
    on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

JOSHUA I. GOLDMAN
    on behalf of Creditor New Residential Mortgage LLC Josh.Goldman@padgettlawgroup.com
    angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

MICHELLE L. MCGOWAN

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 91 − 89

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Eugene L. Brown<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−13953−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 28, 2024                                                                                      For The Court

Timothy B. McGrath
Clerk of Court